# EXHIBIT A-1

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35550-CV

================================================================================

| Party | Attorney |
|---|---|
| REYES, ARNULFO | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| TORRES, FEDERICO | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| RODRIGUEZ, AZENETH | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| GARCIA, SERGIO | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| GARZA, ALFRED | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| RUIZ, BRIANA | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| JIMENEZ, MARIO | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| MORENO, ROSE MARY | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| RUBIO, PRISCILLA | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| RUBIO, JULIO | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| ARRIOLA, MONICA | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |
| SALINAS, CHRISTOPHER | ATTORNEY: ALSAFFAR, JAMAL KHALID<br>1114 LOST CREEK BLVD.<br>AUSTIN, TX 78746<br>(512)476-4346 |

--VS.--

| Party | Attorney |
|---|---|
| DANIEL DEFENSE, LLC | ATTORNEY: |
| DANIEL DEFENSE HOLDINGS, LLC | ATTORNEY: |
| M.C. DANIEL GROUP, INC. | ATTORNEY: |
| FIREQUEST INTERNATIONAL, INC. | ATTORNEY: |
| FLASH CO., INC. | ATTORNEY: |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35550-CV

EOTECH, LLC                            ATTORNEY:
PROJECT ECHO HOLDINGS, LLC D/B/A AM   ATTORNEY:
KOUCAR MANAGEMENT, LLC D/B/A KOUCAR    ATTORNEY:
OASIS OUTBACK, LLC                     ATTORNEY:

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|------|----------------------------------|--------|------|
| 05/24/2024 | ORIGINAL PETITION CIVIL<br>PET-PETITION FILING CODE CHOSEN, PLAINTIFFS' ORIGINAL PETITION | $350.00 | LPEREZ |
| 05/24/2024 | ISSUE CITATION | $72.00 | LPEREZ |
| 05/24/2024 | ISSUE CITATION-SECRETARY OF STATE | $72.00 | LPEREZ |
| 05/24/2024 | JURY FEE | $10.00 | LPEREZ |
| 05/24/2024 | RECEIPT ISSUED<br>213441 | $504.00 | LPEREZ |
| 05/31/2024 | REQUEST<br>CIVIL PROCESS REQUESTS | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITAION ISSUED ON DANIEL DEFENSE LLC. | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITAION ISSUED ON DANIEL DEFENSE HOLDINGS, LLC. | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON M.C. DANIEL GROUP, INC. | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON FIREQUEST INTERNATIONAL, INC. | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON FLASH CO., INC. | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON EOTECH, LLC | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITAITON ISSUED ON PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON KOUCAR MANAGAGEMENT LLC | $0.00 | KSENDEJO |
| 06/05/2024 | CITATION ISSUED<br>CITATION ISSUED ON OASIS OUTBACK | $0.00 | KSENDEJO |
| 06/20/2024 | NO FEE DOCUMENTS<br>OASIS OUTBACK - RETURN | $0.00 | KGARZA |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35550-CV

================================================================================

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

================================================================================

| DATE | NATURE OF PROCEEDINGS | | AMOUNT | USER |
|------|----------------------|--|--------|------|
|      | REMARKS              |  |        |      |

================================================================================

TOTAL PLEADINGS LISTED: 16