**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of July 2024, I served the following counsel of record through alternative service (via email) as authorized by the Federal Rules of Civil Procedure:

Jamal Alsaffar
Tom Jacob
Laurie Higginbotham
Steven Haspel
NATIONAL TRIAL LAW
1114 Lost Creek Blvd., Suite 410
Austin, TX 78746
*Counsel for all Plaintiffs (Except Christopher Salinas)*

Charles E. Soechting, Jr.
Shreedhar R. Patel
SIMON GREENSTONE PANATIER
901 Main, Suite 5900
Dallas, TX 75270
*Counsel for Plaintiff Christpher Salinas*

David Anderson
CARRIGAN & ANDERSON, PLLC
101 N. Shoreline Blvd., Suite 420
Corpus Christi, TX 78401
*Counsel for Plaintiffs Ruiz, Jimenez, Moreno, Reyes, Torres ad Arriola*

Guy Choate
Carlos Rodriguez
WEBB, STOKES & SPARKS
314 W. Harris Avenue
San Angelo, TX 76903
*Counsel for Plaintiff Garcia*

Damon Mathias
MATHIAS RAPHAEL, PLLC
13101 Preston Rd., Suite 501
Dallas, TX 75240
*Counsel for Plaintiff Canizales*

                                          */s/ David M. Prichard*
                                          David M. Prichard

168113