# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS,
# DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of ROGELIO TORRES, deceased minor; AZENETH RODRIGUEZ, Individually and as Next Friend of JAYDIEN ALEXANDER CANIZSALES, a minor, SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of UZIYAH SERGIO GARCIA, deceased minor; ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of AMERIE JO GARZA, deceased minor; BRIANA RUIZ, Individually and as Next Friend of DANIEL GARZA, III, a minor; MARIO JIMENEZ, JR., Individually and as Next Friend of MARIO JIMENEZ, III, a minor; ROSE MARY MORENO, Individually and as Next Friend of NIKOLAS MORENO, a minor; PRISCILLA RUBIO and JULIO RUBIO, Individually and as Next Friend of MADISON RUBIO, a minor; MONICA ARRIOLA, Individually and as Next Friend of JEREMY TREVINO, JR., a minor; CHRISTOPHER SALINAS, Individually and as Next Friend of SAMUEL N. SALINAS, a minor,<br>     *Plaintiffs*,<br><br>v.<br><br>DANIEL DEFENSE, LLC; DANIEL DEFENSE HOLDINGS, LLC; M.C. DANIEL GROUP, INC.; FIREQUEST INTERNATIONAL, INC.; FLASH CO., INC.; EOTECH, LLC; PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS; KOUCAR MANAGEMENT, LLC; and OASIS OUTBACK, LLC,<br>     *Defendants*. | **CASE NO. 2-24-cv-00073-AM**<br><br>COMPLAINT AGAINST OASIS FOR DAMAGES<br><br>1.  Negligence / Negligent Entrustment, Plf. Orig. Pet. at ¶¶22.1-22.11<br><br>2.  Punitive/Exemplary Damages, Plf. Orig. Pet. at ¶¶23.1-23.4<br><br>Jury Trial Demanded pursuant to Fed. R. Civ. P. 38(b)<br><br>Removed from Case No. 2024-05-35550-CV in the 38th Judicial District Court of Uvalde County, Texas |

4892-4467-5026.1

### DEFENDANT OASIS OUTBACK, LLC'S
### MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendant Oasis Outback, LLC ("Oasis") files this Unopposed Motion for Leave to Exceed Page Limits.  Oasis requests leave to file its Rule 12(b)(6) Motion to Dismiss in excess of the Local Rules' page limits.  Oasis respectfully shows as follows:

#### BACKGROUND

This case arises out of the tragic shooting that occurred in Uvalde, Texas on May 24, 2022.  Plaintiffs sued Oasis and others, including Daniel Defense, LLC in Texas state court in May 2024, alleging that Oasis negligently transferred and sold firearms and ammunition to the shooter.  Oasis was served on June 18, 2024.

On July 12, 2024, Daniel Defense removed this case – before Oasis filed any answer in Texas state court.  Contemporaneously with this filing, Oasis files a Rule 12(b)(6) Motion to Dismiss based on the Protection of Lawful Commerce in Arms Act (15 U.S.C. § 7901 *et seq.*) (the "PLCAA") and Texas law.  *See* FED. R. CIV. P. 81 (deadlines in removed cases).

#### MOTION FOR LEAVE

Oasis's Rule 12(b)(6) Motion sets forth grounds for dismissal of Plaintiffs' claims pursuant to the PLCAA.  Local Rule CV-7(c) limits briefs to twenty pages, exclusive of the caption, signature block, certificates, and accompanying documents.  Oasis's Motion to Dismiss under Rule 12(b)(6) is twenty-two pages, exclusive of the one-page caption and two pages of service and signature block-related material.  Given the importance of the issues and significance of the underlying case, Oasis respectfully requests it be granted an additional two pages above the limitation set

forth in CV-7 and for leave to file its motion to dismiss in excess of the page limitations prescribed by Local Rule CV-7(c). Plaintiffs do not oppose this request.

## CONCLUSION

Defendant Oasis Outback respectfully requests the Court grant it leave to file its Rule 12(b)(6) Motion to Dismiss in excess of the page limitations prescribed by Local Rule CV-7(c).

Respectfully submitted,

**GRAY REED**

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry III
State Bar No. 11868750
J.J. Hardig, Jr.
State Bar No. 24010090
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Fax)
Email: alandry@grayreed.com
Email: jhardig@grayreed.com

-and-

**JEFFERSON CANO**

*/s/ Lamont A. Jefferson*
Lamont A. Jefferson
State Bar No. 10607800
Emma Cano
State Bar No. 24036321
122 E. Pecan St., Suite 1650
San Antonio, Texas 78205
(210) 988-1808 (Telephone)
(210) 988-1808 (Fax)
Email: ljefferson@jeffersoncano.com
Email: ecano@jeffersoncano.com

**ATTORNEYS FOR DEFENDANT OASIS OUTBACK, LLC**

4892-4467-5026.1

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiff's counsel concerning this request and that they are unopposed to the relief sought.

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 19th day of July, 2024.

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III
