## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS,
## DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of ROGELIO TORRES, deceased minor; AZENETH RODRIGUEZ, Individually and as Next Friend of JAYDIEN ALEXANDER CANIZSALES, a minor, SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of UZIYAH SERGIO GARCIA, deceased minor; ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of AMERIE JO GARZA, deceased minor; BRIANA RUIZ, Individually and as Next Friend of DANIEL GARZA, III, a minor; MARIO JIMENEZ, JR., Individually and as Next Friend of MARIO JIMENEZ, III, a minor; ROSE MARY MORENO, Individually and as Next Friend of NIKOLAS MORENO, a minor; PRISCILLA RUBIO and JULIO RUBIO, Individually and as Next Friend of MADISON RUBIO, a minor; MONICA ARRIOLA, Individually and as Next Friend of JEREMY TREVINO, JR., a minor; CHRISTOPHER SALINAS, Individually and as Next Friend of SAMUEL N. SALINAS, a minor,<br>    *Plaintiffs*,<br><br>v.<br><br>DANIEL DEFENSE, LLC; DANIEL DEFENSE HOLDINGS, LLC; M.C. DANIEL GROUP, INC.; FIREQUEST INTERNATIONAL, INC.; FLASH CO., INC.; EOTECH, LLC; PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS; KOUCAR MANAGEMENT, LLC; and OASIS OUTBACK, LLC,<br>    *Defendants*. | **CASE NO. 2-24-cv-00073-AM**<br><br>COMPLAINT AGAINST OASIS FOR DAMAGES<br><br>1.  Negligence / Negligent Entrustment, Plf. Orig. Pet. at ¶¶22.1-22.11<br><br>2.  Punitive/Exemplary Damages, Plf. Orig. Pet. at ¶¶23.1-23.4<br><br>Jury Trial Demanded pursuant to Fed. R. Civ. P. 38(b)<br><br>Removed from Case No. 2024-05-35550-CV in the 38th Judicial District Court of Uvalde County, Texas |

## ORDER GRANTING DEFENDANT OASIS OUTBACK, LLC'S
## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

The Court has considered Defendant Oasis Outback, LLC's ("Oasis") Unopposed Motion for Leave to Exceed Page Limits. For good cause shown, the Motion is GRANTED. Oasis's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) may exceed the page limits fixed by the Court by two pages (for a total filing of not more than 22 pages, exclusive of the caption, signature block, certificates, and accompanying documents). The clerk of the Court is directed to accept Oasis's Motion to Dismiss for filing.

SIGNED and ENTERED this ____ day of July 2024.

_____
Chief U.S. District Judge Alia Moses

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was electronically served upon all counsel of record through the CM/ECF system on this 19th day of July, 2024.

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry, III

APPROVED AS TO FORM AND SUBSTANCE:

**GRAY REED**

*/s/ A.M. "Andy" Landry, III*
A.M. "Andy" Landry III
State Bar No. 11868750
J.J. Hardig, Jr.
State Bar No. 24010090
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000 (Telephone)
(713) 986-7100 (Fax)
Email: alandry@grayreed.com
Email: jhardig@grayreed.com

-and-

**JEFFERSON CANO**

*/s/ Lamont A. Jefferson*
Lamont A. Jefferson
State Bar No. 10607800
Emma Cano
State Bar No. 24036321
122 E. Pecan St., Suite 1650
San Antonio, Texas 78205
(210) 988-1808 (Telephone)
(210) 988-1808 (Fax)
Email: ljefferson@jeffersoncano.com
Email: ecano@jeffersoncano.com

**ATTORNEYS FOR DEFENDANT OASIS OUTBACK, LLC**

4869-9600-6610.1