# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; | Case No. 2:24-cv-00073-AM |
| FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of R.T., deceased minor; | **JOINT MOTION TO EXTEND DEADLINES** |
| AZENETH RODRIGUEZ, Individually and as Next Friend of J.A.C., a minor; | |
| SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of U.S.G., deceased minor; | |
| ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of A.J.G., deceased minor; | |
| BRIANA RUIZ Individually and as Next Friend of D.G., III, a minor; | |
| MARIO JIMENEZ, JR., Individually and as Next Friend of M.J., III, a minor; | |
| ROSE MARY MORENO, Individually and as Next Friend of N.M., a minor; | |
| PRISCILLA RUBIO and JULIO RUBIO, Individually and As Next Friends of M.R., a minor; | |
| MONICA ARRIOLA Individually and as Next Friend of J.T., Jr., a minor; | |
| CHRISTOPHER SALINAS Individually and as Next Friend of S.N.S., a minor, | |
| Plaintiffs | |
| vs. | |
| DANIEL DEFENSE, LLC; | |
| DANIEL DEFENSE HOLDINGS, LLC; | |

| M.C. DANIEL GROUP, INC.; |  |
| FIREQUEST INTERNATIONAL, INC.; |  |
| FLASH CO., INC.; |  |
| PROJECT ECHO HOLDINGS, LLC d/b/a AMERICAN HOLOPTICS; |  |
| KOUCAR MANAGEMENT, LLC; |  |
| and |  |
| OASIS OUTBACK, LLC |  |
| Defendants |  |

# JOINT MOTION FOR EXTENSION OF FILING DEADLINES

Plaintiffs respectfully submit this Joint Motion for Extension of Filing Deadlines in the above-captioned case. Specifically, the parties seek to propose a briefing schedule for all pending motions on the docket, as of the date of this filing. Plaintiffs have conferred with counsel for defendant Daniel Defense, who joins in this motion.

The parties propose the following briefing schedule:

| MOTION TO DISMISS by Oasis Outback, LLC (ECF No. 4, filed July 19, 2024) ||
|---|---|
| Response by Plaintiffs | September 17, 2024 (previously granted *see* ECF No. 9, 9-1) |
| Reply by Defendant | November 12, 2024 (previously granted *see* ECF No. 9, 9-1) |

| MOTION FOR REMAND by Plaintiffs to be filed by August 12, 2024 | |
|---|---|
| Response by Defendant | September 9, 2024 |
| Reply by Plaintiffs | October 7, 2024 |

| MOTION TO DISMISS by Daniel Defense, LLC to be filed by August 30, 2024 | |
|---|---|
| Response by Plaintiffs | October 31, 2024 |
| Reply by Defendant | January 17, 2025 |

The Court has "broad discretion" to extend these deadlines pursuant to Federal Rule of Civil Procedure 6(b). *See, e.g., Lorenz v. Wal-Mart Stores, Inc.*, No. SA 05 CA 0319 OG(NN), 2006 WL 581215, at *1 (W.D. Tex. Mar. 7, 2006) ("district courts have broad discretion to manage their dockets. Likewise, it is well-settled that district courts have broad discretion under Federal Rule of Civil Procedure 6(b) to expand filing deadlines.") (footnote omitted); *U.S. ex rel. Long v. GSDMIdea City, L.L.C.*, 798 F.3d 265, 275-76 (5th Cir. 2015) ("district courts have broad discretion under Rule 6(b) to expand filing deadlines"); *see also Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for enlargements of time).

The parties have good cause for this request, and it is not intended to delay. As is evident from the docket, there are multiple substantive motions pending between the parties, each with significant substantive arguments.

Additionally, the proposed schedule envisions that the Motion for Remand will be the first of those motions to be fully briefed. The proposed schedule promotes judicial economy and efficiency by allowing the parties to address remand and the Court's subject matter jurisdiction before addressing the motion to dismiss. The requested extensions allow the parties the necessary time to brief the complex issues raised by each of the motions.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and adopt the above briefing schedule.   Counsel for the defendant Daniel Defense and Oasis Outback have no objection to this request.

## CERTIFICATE OF CONFERENCE

The undersigned met and conferred with counsel of record for Defendant Daniel Defense. Counsel for Daniel Defense joins in these requested extensions.

Respectfully Submitted,

/s/ Jamal Alsaffar
JAMAL ALSAFFAR
  jalsaffar@nationaltriallaw.com
  Texas State Bar #24027193
TOM JACOB
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
LAURIE HIGGINBOTHAM
  lhigginbotham@nationaltriallaw.com
  Texas State Bar #50511759
STEVEN HASPEL
  shaspel@nationaltriallaw.com
  Texas State Bar #24109983
NATIONAL TRIAL LAW
1114 Lost Creek Blvd, Ste. 410

Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for all Plaintiffs except Salinas

DAVID M. ANDERSON
   danderson@ccatriallaw.com
   Texas State Bar #24064815
   Federal I.D. 985644
CARRIGAN & ANDERSON, P.L.L.C.
101 N. Shoreline Blvd., Ste. 420
Corpus Christi, TX 78401
(361) 884-4433 (o)
(361) 884-4434 (f)

Attorneys for Plaintiffs Ruiz, Jimenez, Moreno, Reyes, Rubio, Torres, and Arriola

GUY CHOATE
   gchoate@webbstokessparks.com
   Texas State Bar # 04212410
CARLOS RODRIGUEZ
   crod@webbstokessparks.com
   Texas State Bar # 24041804
WEBB, STOKES & SPARKS
314 W. Harris Avenue
San Angelo, TX 76903
(325) 653-6886 (o)
(325) 655-1250 (f)

Attorneys for Plaintiff Garcia


/s/ Shreedhar R. Patel
SHREEDHAR R. PATEL
spatel@sgptrial.com
CHARLES E. SOECHTING, JR.
csoechting@sgptrial.com
Texas State Bar # 24044333
SHREEDHAR R. PATEL
spatel@sgptrial.com

Texas State Bar # 24074864
SIMON GREENSTONE PANATIER
901 Main, Suite 5900
Dallas, TX 75270
(214) 276-7680 (o)
(214) 276-7699 (f)

Attorney for Plaintiff Salinas