IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; | Case No. 2:24-cv-00073-AM |
| FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of R.T., deceased minor; | |
| AZENETH RODRIGUEZ, Individually and as Next Friend of J.A.C., a minor; | **ORDER** |
| SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of U.S.G., deceased minor; | |
| ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of A.J.G., deceased minor; | |
| BRIANA RUIZ Individually and as Next Friend of D.G., III, a minor; | |
| MARIO JIMENEZ, JR., Individually and as Next Friend of M.J., III, a minor; | |
| ROSE MARY MORENO, Individually and as Next Friend of N.M., a minor; | |
| PRISCILLA RUBIO and JULIO RUBIO, Individually and As Next Friends of M.R., a minor; | |
| MONICA ARRIOLA Individually and as Next Friend of J.T., Jr., a minor; | |
| CHRISTOPHER SALINAS Individually and as Next Friend of S.N.S., a minor, | |
|     Plaintiffs | |
| vs. | |
| DANIEL DEFENSE, LLC; | |
| DANIEL DEFENSE HOLDINGS, LLC; | |

| |     |
|---|---|
| M.C. DANIEL GROUP, INC.; | |
| FIREQUEST INTERNATIONAL, INC.; | |
| FLASH CO., INC.; | |
| PROJECT ECHO HOLDINGS, LLC d/b/a AMERICAN HOLOPTICS; | |
| KOUCAR MANAGEMENT, LLC; | |
| and | |
| OASIS OUTBACK, LLC | |
| Defendants | |

# ORDER

Having reviewed the briefing of the Parties, the Court finds good cause and extends the deadlines as follows:

(1) Plaintiffs shall file their Motion to Remand by August 12, 2024;

(2) Defendant Daniel Defense shall file its response to Plaintiffs' Motion to Remand by September 9, 2024;

(3) Plaintiffs shall file their reply by October 7, 2024;

(4) Defendant Daniel Defense shall file its Motion to Dismiss by August 30, 2024;

(5) Plaintiffs shall file their response to Daniel Defense's Motion to Dismiss by October 31, 2024; and

(6) Defendant Daniel Defense shall file its reply by January 17, 2025.

It is so ORDERED.

SIGNED on this _____ day of _____, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE ALIA MOSES