# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; | Case No. 2:24-cv-00073-AM |
| FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of R.T., deceased minor; | **MOTION TO FILE AMENDED COMPLAINT** |
| AZENETH RODRIGUEZ, Individually and as Next Friend of J.A.C., a minor; | |
| SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of U.S.G., deceased minor; | |
| ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of A.J.G., deceased minor; | |
| BRIANA RUIZ Individually and as Next Friend of D.G., III, a minor; | |
| MARIO JIMENEZ, JR., Individually and as Next Friend of M.J., III, a minor; | |
| ROSE MARY MORENO, Individually and as Next Friend of N.M., a minor; | |
| PRISCILLA RUBIO and JULIO RUBIO, Individually and As Next Friends of M.R., a minor; | |
| MONICA ARRIOLA Individually and as Next Friend of J.T., Jr., a minor; | |
| CHRISTOPHER SALINAS Individually and as Next Friend of S.N.S., a minor, | |
| Plaintiffs | |
| vs. | |
| DANIEL DEFENSE, LLC; | |
| DANIEL DEFENSE HOLDINGS, LLC; | |

| | |
|---|---|
| M.C. DANIEL GROUP, INC.; | |
| FIREQUEST INTERNATIONAL, INC.; | |
| FLASH CO., INC.; | |
| PROJECT ECHO HOLDINGS, LLC d/b/a AMERICAN HOLOPTICS; | |
| KOUCAR MANAGEMENT, LLC; | |
| and | |
| OASIS OUTBACK, LLC | |
| Defendants | |

# **PLAINTIFFS' OPPOSED MOTION TO FILE AMENDED COMPLAINT**

Defendants removed this case to federal court. ECF No. 1. Attached to the notice of removal is Plaintiffs' petition from state court. ECF No. 1-3. Plaintiffs request the Court allow them to file an Amended Complaint.

The Court should freely give leave to amend complaints when justice so requires. Fed. R. Civ. P. 15(a)(2). A party may amend its complaint where the opposing party consents. *Id.* Absent an apparent or declared reason, "the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). The language of the rule evidences a bias in favor of granting leave to amend. *Lyn-Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002); *see also Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 597–98 (5th Cir. 1981). Thus, the "district court must have a 'substantial reason' to deny a request for leave to amend." *Lyn-Lea Travel Corp.*, 283 F.3d at 286.

Here, the plaintiffs do not seek this amendment to unduly delay the case, in bad faith, or any other reason except to better prepare its responsive pleadings to Defendants motions to dismiss. *See Foman*, 371 U.S. at 182.

Thus, Plaintiffs request that the Court enter an order allowing Plaintiffs to amend their complaint. Plaintiffs have attached the proposed complaint as Exhibit A.

## CERTIFICATE OF CONFERENCE

The undersigned met and conferred with counsel of record for Defendants. Counsel for Defendants oppose Plaintiffs requested relief.

Respectfully Submitted,

/s/ Jamal Alsaffar
JAMAL ALSAFFAR
  jalsaffar@nationaltriallaw.com
  Texas State Bar #24027193
TOM JACOB
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
LAURIE HIGGINBOTHAM
  lhigginbotham@nationaltriallaw.com
  Texas State Bar #50511759
STEVEN HASPEL
  shaspel@nationaltriallaw.com
  Texas State Bar #24109983
NATIONAL TRIAL LAW
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for all Plaintiffs except
  Salinas

DAVID M. ANDERSON
   danderson@ccatriallaw.com
   Texas State Bar #24064815
   Federal I.D. 985644
CARRIGAN & ANDERSON, P.L.L.C.
101 N. Shoreline Blvd., Ste. 420
Corpus Christi, TX 78401
(361) 884-4433 (o)
(361) 884-4434 (f)

Attorneys for Plaintiffs Ruiz, Jimenez, Moreno, Reyes, Rubio, Torres, and Arriola

GUY CHOATE
   gchoate@webbstokessparks.com
   Texas State Bar # 04212410
CARLOS RODRIGUEZ
   crod@webbstokessparks.com
   Texas State Bar # 24041804
WEBB, STOKES & SPARKS
314 W. Harris Avenue
San Angelo, TX 76903
(325) 653-6886 (o)
(325) 655-1250 (f)

Attorneys for Plaintiff Garcia

/s/ Shreedhar R. Patel
SHREEDHAR R. PATEL
spatel@sgptrial.com
CHARLES E. SOECHTING, JR.
csoechting@sgptrial.com
Texas State Bar # 24044333
SHREEDHAR R. PATEL
spatel@sgptrial.com
Texas State Bar # 24074864
SIMON GREENSTONE PANATIER
901 Main, Suite 5900
Dallas, TX 75270
(214) 276-7680 (o)
(214) 276-7699 (f)

Attorney for Plaintiff Salinas