# Firearm Component Identification Guide

Law Enforcement Use Only

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

ATF FOIA Release: 2024-00467-000610

## Firearm Component Identification Guide

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
Office of Strategic Intelligence and Information
Criminal Intelligence Division
99 New York Ave. NE
Washington, D.C. 20226

## Forward

Most firearm components that are exported are subject to the Export Control Reform Act (ECRA), Commerce Control List ECCN 0A501.c – parts and components specially designed for non-automatic firearms with a caliber equal to .50 or less (ECCN 0A501.a), or rifles, carbines, revolvers, or pistols with a caliber of .50 to .72 (ECCN 0A501.b). Thus, authorization must be obtained from the Commerce Department to export key firearm components of most firearms.

This guide is neither intended to be a legal "guidance document" nor set forth policy on any statutory, regulatory, or technical issues. Furthermore, it should not be relied upon as an interpretation of any statute or regulation or used for evidentiary value.

The firearm platforms outlined within this guide (AK, AR, M203, M249, and M2) were selected due to their association with TCOs operating in Mexico and subsequent demand increase.



ATF FOIA Release: 2024-00467-000611

While not intended to be an "all-inclusive" guide, many of the firearm components can serve as exemplars for other platforms not included. For instance, firing pins have similar characteristics among most firearms, and referencing a photograph of a firing pin from this guide may assist with the identification of a firing pin used with other firearm platforms.

The guide is organized by firearm platform, but contains an index organized by component parts, as the user may not know with which platform a component part is associated.
**Note: Images are not to scale.**

Contact your local ATF Field Office or ATF Liaison for further investigative or procedural assistance if you encounter firearms, or firearm components, suspected of being trafficked/smuggled. A comprehensive list of ATF Field Offices can be accessed at www.atf.gov/contact/local-atf-offices.

Comments regarding content or suggested changes should be directed to: Chief, Quality Programs, Bureau of Alcohol, Tobacco, Firearms and Explosives, National Laboratory Center, 6000 Ammendale Road, Ammendale, Maryland 20705 or www.atfmail@atf.gov.



ATF FOIA Release: 2024-00467-000612

## Firearm Platform Index
## Component Parts


**AK-47 Automat Kalashnikov–47 Variants** .............................. 1

AK-47 Semi-Automatic Rifle .............................. 1
555th Jig .............................. 3
Barrel .............................. 4
Bolt .............................. 4
Bolt Carrier Assembly .............................. 5
Cleaning Rod .............................. 5
Front Sight and Adjustment Base .............................. 6
Dust Cover .............................. 6
Firing Pin .............................. 7
Front Sight Block .............................. 7
Front Sight Post .............................. 8
Front Trunnion .............................. 8
Full Auto Rate Reducer Spring .............................. 9
Full Auto Rate Reducer Sear Spring .............................. 9
Gas Block .............................. 10
Gas Piston .............................. 10
Gas Tube .............................. 11
Hammer .............................. 11
Handguard Retainer .............................. 12
Lower Handguard .............................. 12
Magazine Body .............................. 13
Grip (Pistol) .............................. 13
Rear Sight Leaf and Spring .............................. 14
Rear Sight Block .............................. 14
Rear Stock Trunnion .............................. 15
Receiver .............................. 15
Receiver Flat .............................. 16
Un-Welded Receiver Flats .............................. 16
Incomplete Receiver (Formed/ Not Drilled) .............................. 17


ATF FOIA Release: 2024-00467-000613

Recoil Spring ..... 17
Automatic Sear ..... 18
Auto Sear Group ..... 19

**AR Variants** ..... 20

Barrel ..... 21
Bolt ..... 21
Bolt Carrier ..... 22
Bolt Carrier Key ..... 22
Bolt Catch ..... 23
Buffer Spring ..... 23
Buffer Tube ..... 24
Buttstock ..... 24
Ejection Port Cover ..... 25
Firing Pin ..... 25
Flash Suppressor ..... 26
Forward Assist ..... 26
Front Sight Post ..... 27
Hammer ..... 27
Hand Guards ..... 28
Lower Receiver ..... 28
Safety Selector ..... 29
Trigger ..... 29
Rear Iron Sight Assembly ..... 30
Upper Receiver ..... 30
Incomplete Receiver (Un-Drilled/Un-Milled Billet) ..... 31
Automatic Sear ..... 31

**Polymer Receiver Mold** ..... 32

Trigger Assemblies ..... 32

**Glock Variants** ..... 33

Barrel ..... 33
Extractor ..... 34

ATF FOIA Release: 2024-00467-000614

Firing Pin .......... 34
Frame .......... 35
Magazine .......... 35
Trigger Housing .......... 36
Trigger with Trigger Bar .......... 36
Partially Complete Frame (Un-drilled) .......... 37
Drilling Jig .......... 37
Slide Assembly .......... 38
Recoil Spring Assembly .......... 38

**M2/.50 Caliber** .......... 39

Extractor Switch .......... 39
Cartridge Stop Assembly .......... 40
Trigger Bar .......... 40
Adjusting Trigger Lever Stop .......... 41
Receiver Assembly .......... 41
Rear Sight Assembly .......... 42
Adjustable Bolt Catch .......... 42
Bolt Latch Rod .......... 43
Bolt Sub-Assembly .......... 43
Sear .......... 44
Sear Slide .......... 44
Firing Pin .......... 45
Firing Pin Extension Assembly .......... 45
Alternate Feed Knob .......... 46
Cover Sub-Assembly .......... 46
Latch .......... 47
Firing Pin Extension Assembly .......... 47
Belt Feed Arm .......... 48
Barrel Buffer Body Assembly .......... 48
Back Plate Assembly .......... 49
Bolt Latch Release .......... 49
Barrel Support .......... 50

ATF FOIA Release: 2024-00467-000615

**M249 Variant** .......... 51

Barrel Assembly .......... 51
Carry Handle .......... 52
Flash Suppressor .......... 52
Front Sight Post .......... 53
Heat Shield .......... 53
Bipod Assembly .......... 54
Gas Cylinder Assembly .......... 54
Return Rod and Transfer Mechanism .......... 55
Charging Handle Assembly .......... 55
Feed Tray .......... 56
Receiver Cover Assembly .......... 56
Rear Sight Assembly .......... 57
Cocking Channel Cover .......... 57
Headless Grooved Pin .......... 58
Cocking Channel Cover .......... 58
Auto Slide Assembly .......... 59
Trigger Group .......... 59
Handguard .......... 60
Piston/Operating Rod .......... 60

**M203 Grenade Launcher** .......... 61

Barrel Assembly .......... 61
Receiver Assembly .......... 61
Firing Pin .......... 62
Trigger Group .......... 62
Leaf Sight Assembly .......... 63

**Accessories** .......... 68

Silencer/Noise Suppressor .......... 64
Oil Filter Suppressor/Solvent Trap .......... 64
Oil Filter Suppressor Adapter .......... 65
Carry Strap/Sling .......... 65
Bump Stock .......... 66
Item Marketed as an Arm .......... 66
Drum Magazines .......... 67-68
Drilling Jig .......... 68
Machinegun Conversion Devices .......... 69-72

ATF FOIA Release: 2024-00467-000616

# AK-47 Automat Kalashnikov–47 Variants
## AK-47 Semi-Automatic Rifle





ATF FOIA Release: 2024-00467-000617

1 Accessories Case Spring

2 Bore Brush

3 Combination Tool

4 Jag

5 Accessories Case

6 Accessories Case Cap

7 Bolt

8 Bolt Carrier

9 Buttplate

10 Buttplate Cover

11 Buttplate Cover Base

12 Buttplate Cover Pin

13 Buttplat eCover Spring

14 Buttplate Screws (2)

15 Buttstock

16 Cleaning Rod

17 Rear Sight Elevating Side Catch

18 Side Catch Spring

19 Extractor

20 Extractor Pin

21 Extractor Spring

22 Firing Pin

23 Firing Pin Spring

24Firing Retaining Pin

25 Front Sight Base

26 Front Sight Base Pins (2)

27 Front Sight

28 Front Sight Adjusting Block

29 Gas Piston

30 Gas Piston Pin

31 Gas Port Block

32 Gas Port Port Block Retaining Pin

33 Hammer

34 Hammer Pin

35 Hammer Spring

36 Barrel Pin

37 Lower Handguard

38 Lower Handguard Band

39 Lower Handguard Clamp

40 Lower Handguard Lock

41 Lower Handguard Ferrule

42 Magazine

43 Magazine Catch

44 Magazine Catch Pin

45 Magazine Catch Spring

46 Barrel Bushing

47 Barrel Bushing Lock

48 Barrel Bushing Lock Spring

49 Pistol Grip

50 Pistol Grip Escutcheon

51 Pistol Grip Screw

52 Pistol Grip Base

53 Pistol Grip Cap

54 Bayonet

55 Bayonet Pivot Pin

56 Bayonet Pivot Pin

57 Receiver Pin Lock Spring

58 Rear Sight Base

59 Rear Sight Elevating Slide

60 Rear Sight Pin

61 Rear Sight Spring

62 Receiver & Barrel Assembly*

63 Receiver Cover

64 Front Recoil Spring Guide

65 Rear Recoil Spring Guide

66 Front Guide Retainer

67 Recoil Spring

68 Safety Lever

69 Disconnector

70 Disconnector Spring

71 Safety Lever Stop

72 Front Swivel

73 Rear Swivel

74 Rear Swivel Screws (2)

75 Trigger / Sear

76 Trigger Guard

77 Front Trigger Guard Rivits (2)

78 Rear Trigger Guard Rivit

79 Trigger Pin

80 Upper Handgrid Gas Cylinder

81 Lower Handguard Lock

82 Tang Screws (2)

*Restricted



ATF FOIA Release: 2024-00467-000618

**Part Name:** 555th Jig

**Material:** Steel

**Approximate Dimensions:** 12.25" x 1.5" x 1.5"

**Descriptions:** Apparatus used to press AK-47 flats into the shape of a receiver.





ATF FOIA Release: 2024-00467-000619

**Part Name:** Barrel

**Material:** Steel

**Approximate Dimensions:** 16.5" x 2.75" (Can Vary)

**Descriptions:** Guides discharged projectile from chamber.



---

**Part Name:** Bolt

**Material:** Steel

**Approximate Dimensions:** 3.25" x 1"

**Descriptions:** Supports Firing Pin operation. Blocks rear of barrel chamber during firearm operation and facilitates cartridge cycling.





ATF FOIA Release: 2024-00467-000620

**Part Name:** Bolt Carrier Assembly

**Material:** Steel/Aluminum **Approximate**

**Dimensions:** 7.75" x 1.75"

**Descriptions:** Carries bolt during operation.



---

**Part Name:** Cleaning Rod

**Material:** Steel

**Approximate**

**Dimensions:** 15.75" x .25"

**Descriptions:** Used to clean interior of barrel.





ATF FOIA Release: 2024-00467-000621

**Part Name:** Front Sight and Adjustment Base

**Material:** Steel

**Approximate Dimensions:** .5" x .375" (diameter)

**Descriptions:** Firearm aiming.



---

**Part Name:** Dust Cover

**Material:** Steel/Aluminum

**Approximate Dimensions:** 9.375" x 1.375"

**Descriptions:** Prevents dust from entering firing mechanism.





ATF FOIA Release: 2024-00467-000622

**Part Name:** Firing Pin

**Material:** Steel/Aluminum/Titanium

**Approximate Dimensions:** 3.25" x .1875"

**Descriptions:** Part of firing mechanism that strikes cartridge to ignite the cartridge primer.



---

**Part Name:** Front Sight Block

**Material:** Steel

**Approximate Dimensions:** 2.75" x 1.25"

**Descriptions:** Firearm aiming.





ATF FOIA Release: 2024-00467-000623

**Part Name:** Front Sight Post

**Material:** Steel

**Approximate Dimensions:** .875" x .25"

**Descriptions:** Firearm aiming.



---

**Part Name:** Front Trunnion

**Material:** Steel

**Approximate Dimensions:** 2.625" x 2.375"

**Descriptions:** Holds rifle barrel in place and interacts with bolt.





ATF FOIA Release: 2024-00467-000624

**Part Name:** Full Auto Rate Reducer Spring

**Material:** Steel

**Approximate Dimensions:** 1.375" x .375"

**Descriptions:** Component of the rate reducer mechanism used to slow the rate of fire.



---

**Part Name:** Full Auto Sear Spring

**Material:** Steel

**Approximate Dimensions:** 3.25" x .5"

**Descriptions:** Firing control mechanism spring.





ATF FOIA Release: 2024-00467-000625

**Part Name:** Gas Block

**Material:** Steel

**Approximate Dimensions:** 2.5" x 2.25"

**Descriptions:** Routes exhaust gases for cycling.



---

**Part Name:** Gas Piston

**Material:** Steel/Aluminum

**Approximate Dimensions:** 6.25" x .6875"

**Descriptions:** Moves during gas expansion.





ATF FOIA Release: 2024-00467-000626

**Part Name:** Gas Tube

**Material:** Steel

**Approximate Dimensions:** 7" x 1.25"

**Descriptions:** Routes exhaust gases for cycling.



---

**Part Name:** Hammer

**Material:** Steel

**Approximate Dimensions:** 1.875" x 1.125"

**Descriptions:** Strikes firing pin.





ATF FOIA Release: 2024-00467-000627

**Part Name:** Handguard Retainer

**Material:** Steel

**Approximate Dimensions:** 1.25" x 1.25"

**Descriptions:** Holds handguard in place.



---

**Part Name:** Lower Handguard

**Material:** Wood/Plastic

**Approximate Dimensions:** 6.25" x 1.75"

**Descriptions:** Provides physical holding point.





ATF FOIA Release: 2024-00467-000628

**Part Name:** Magazine Body

**Material:** Steel/Aluminum/Plastic

**Approximate Dimensions:** 9" x 2.5"

**Descriptions:** Contains and guides cartridges into the chamber area.



---

**Part Name:** Grip (Pistol)

**Material:** Plastic, Wood, Metal, Combination

**Approximate Dimensions:** 4" x 2.5"

**Descriptions:** Provides physical holding point.





ATF FOIA Release: 2024-00467-000629

**Part Name:** Rear Sight Leaf and Spring

**Material:** Steel

**Approximate Dimensions:** 2.125" x 1.25"

**Descriptions:** Firearm aiming.



---

**Part Name:** Rear Sight Block

**Material:** Steel

**Approximate Dimensions:** 2.75" x 2.5"

**Descriptions:** Firearm aiming.





ATF FOIA Release: 2024-00467-000630

**Part Name:** Rear Stock Trunnion

**Material:** Steel

**Approximate Dimensions:** 3″ x 1.75″

**Descriptions:** Connects buttstock and receiver.



---

**Part Name:** Receiver

**Material:** Steel

**Approximate Dimensions:** 10.25 x 1.875″

**Descriptions:** Contains firing/trigger mechanism.





ATF FOIA Release: 2024-00467-000631

**Part Name:** Receiver Flat

**Material:** Steel

**Approximate Dimensions:** 10.125" x 4.5"

**Descriptions:** Ready to be hydraulically pressed into a receiver shape using a press and jig.



---

**Part Name:** Un-Welded Receiver Flats

**Material:** Steel

**Approximate Dimensions:** 10.25" Long x 1.5" High (Sides)
10.25" Long x 1.25 Wide (Bottom)

**Descriptions:** Ready to be welded into a receiver shape.





ATF FOIA Release: 2024-00467-000632

**Part Name:** Incomplete Receiver (Formed/Not Drilled)

**Material:** Steel

**Approximate Dimensions:** 10.25" x 1.75"

**Descriptions:** Already formed into receiver shape, but lacks holes to accept firing/trigger mechanism.



---

**Part Name:** Recoil Spring

**Material:** Steel

**Approximate Dimensions:** 13" x 1.125" x .5" (Diameter)

**Descriptions:** Absorbs recoil forces associated with cartridge ignition.





ATF FOIA Release: 2024-00467-000633

**Part Name:** Automatic Sear

**Material:** Steel

**Approximate Dimensions:** 1.125" x .375"

**Descriptions:** Firing control mechanism.



---



ATF FOIA Release: 2024-00467-000634




**Part Name:** Auto Sear Group

**Material:** Steel

**Descriptions:** Enables fully-automatic firing operation.

1. Hammer, Trigger,Auto-Sear Pins
2. Hammer
3. Auto Sear Spring
4. Disconnector Spring
5. Rate Reducer
6. Rate Reducer Spring
7. Disconnector
8. Trigger
9. Auto Sear
10. Hammer Spring



ATF FOIA Release: 2024-00467-000635

# *AR-15 Variants*






ATF FOIA Release: 2024-00467-000636

**Part Name:** Barrel

**Material:** Steel

**Approximate Dimensions:** Lengths vary from 7.5" to 20". Most common are 14.5", 16" and 20"

**Descriptions:** Guides projectile from chamber after ignition.



---

**Part Name:** Bolt

**Material:** Steel

**Approximate Dimensions:** 2.75" x .75"

**Descriptions:** Carrier mechanism for firing pin.





ATF FOIA Release: 2024-00467-000637

**Part Name:** Bolt Carrier

**Material:** Steel/Nickel

**Approximate Dimensions:** 6.625" x .875"

**Descriptions:** Carrier mechanism for bolt containing firing pin.



---

**Part Name:** Bolt Carrier Key

**Material:** Steel

**Approximate Dimensions:** 2.5" x .5"

**Descriptions:** Affixes to top of bolt carrier. Expansion gas recycling.





ATF FOIA Release: 2024-00467-000638

**Part Name:** Bolt Catch

**Material:** Steel

**Approximate Dimensions:** 1.125" x 1"

**Descriptions:** Holds bolt assembly in open position.



---

**Part Name:** Buffer Spring

**Material:** Steel

**Approximate Dimensions:** 10.5"/12.625" x 1" (Diameter)

**Descriptions:** Absorbs recoil forces associated with cartridge ignition.





ATF FOIA Release: 2024-00467-000639

**Part Name:** Buffer Tube

**Material:** Steel/Aluminum

**Approximate Dimensions:** 7.875" x 1.125"

**Descriptions:** Contains the buffer spring.



---

**Part Name:** Buttstock

**Material:** Wood, Plastic, Metal

**Approximate Dimensions:** 6.875" x 5.125"

**Descriptions:** Physical contact point. Houses buffer tube and buffer spring. Placed against shoulder during operation.





ATF FOIA Release: 2024-00467-000640

**Part Name:** Ejection Port Cover

**Material:** Steel/Aluminum

**Approximate Dimensions:** 3.125" x .875"

**Descriptions:** Prevents dust from entering chamber.



---

**Part Name:** Firing Pin

**Material:** Steel/Aluminum/Titanium

**Approximate Dimensions:** 3.25" x .375" (Diameter)

**Descriptions:** Part of firing mechanism that strikes cartridge to ignite the cartridge primer.





ATF FOIA Release: 2024-00467-000641

**Part Name:** Flash Suppressor

**Material:** Steel

**Approximate Dimensions:** 1.75" x .825"

**Descriptions:** Reduces ignition flashes/light from barrel.



---

**Part Name:** Forward Assist

**Material:** Steel

**Approximate Dimensions:** 1.875" x .625"

**Descriptions:** Mechanism provides additional pressure to push bolt assembly closed.





ATF FOIA Release: 2024-00467-000642

**Part Name:** Front Sight Post

**Material:** Steel

**Approximate Dimensions:** .75" x .375"

**Descriptions:** Firearm aiming.



---

**Part Name:** Hammer

**Material:** Steel

**Approximate Dimensions:** 1.875" x 1.0"

**Descriptions:** Strikes firing pin.





ATF FOIA Release: 2024-00467-000643

**Part Name:** Hand Guards

**Material:** Plastic

**Approximate Dimensions:** 6.75" x 2.5"

**Descriptions:** Physical contact point. Can also have picatinny rail for accessory attachment. Surrounds barrel.



---

**Part Name:** Lower Receiver

**Material:** Steel, PLA, Aluminum, or Epoxy

**Approximate Dimensions:** 7.75" x 4"

**Descriptions:** Holds firing/trigger mechanism. Buffer tube, upper receiver, and magazine attach to body when assembled.





ATF FOIA Release: 2024-00467-000644

**Part Name:** Safety Selector

**Material:** Steel

**Approximate Dimensions:** 1.125" x 1.125"

**Descriptions:** Disengages/engages trigger mechanism.



---

**Part Name:** Trigger

**Material:** Steel

**Approximate Dimensions:** 2" x 1.125"

**Descriptions:** Depressed to initiate the ignition process.





ATF FOIA Release: 2024-00467-000645

**Part Name:** Rear Iron Sight Assembly

**Material:** Steel

**Approximate Dimensions:** 1.75" Tall x 1.125" Long

**Descriptions:** Firearm aiming mechanism.



---

**Part Name:** Upper Receiver

**Material:** Steel

**Approximate Dimensions:** 8" x 2.5"

**Descriptions:** Holds bolt carrier assembly.





ATF FOIA Release: 2024-00467-000646

**Part Name:** Incomplete Receiver
(Un-Drilled/Un-Milled Billet)

**Material:** Steel/Aluminum

**Approximate Dimensions:** 7.75" x 3.875"

**Descriptions:** Shaped in the form of a receiver, but unable to accept the firing/trigger mechanism.



---

**Part Name:** Automatic Sear

**Material:** Steel

**Approximate Dimensions:** 1" x .625"

**Descriptions:** Part of trigger mechanism that holds the hammer, striker, or bolt until the correct release pressure has been applied to the trigger during operation.





ATF FOIA Release: 2024-00467-000647

**Part Name:** Trigger Assemblies

**Material:** Steel




**Part Name:** Polymer Mold (for casting receivers)

**Material:** Plastic, ABS, Polymer, High-Density Poly-Ethylene

**Approximate Dimensions:** 10" x 8"

**Descriptions:** Mold that allows polymer matrices to be poured to cast a complete receiver.





ATF FOIA Release: 2024-00467-000648



**Part Name:** Barrel

**Material:** Steel

**Approximate Dimensions:** 3.375/4.5" x 1"

**Descriptions:** Guides projectile from chamber after ignition.





ATF FOIA Release: 2024-00467-000649

**Part Name:** Extractor

**Material:** Steel

**Approximate Dimensions:** .75" x .5"

**Descriptions:** Removes cartridge casing from chamber.



---

**Part Name:** Firing Pin

**Material:** Steel

**Approximate Dimensions:** 2.75"/3" x .5"

**Descriptions:** Strikes the cartridge to begin ignition.





ATF FOIA Release: 2024-00467-000650

**Part Name:** Frame

**Material:** Polymer/Plastic

**Approximate**
**Dimensions:** 6.25" x 3.25"/8.0" x 4.375"

**Descriptions:** Holds firearm operating components.



---

**Part Name:** Magazine

**Material:** Steel/Plastic

**Approximate**
**Dimensions:** 3.375"/5.5" x 1.5"

**Descriptions:** Stores and allows the feeding of cartridges into the chamber.





ATF FOIA Release: 2024-00467-000651

**Part Name:** Trigger Housing

**Material:** Polymer/Plastic

**Approximate Dimensions:** 1.625"/1.675" x 1.25"

**Descriptions:** Contains the trigger mechanism.



---

**Part Name:** Trigger with Trigger Bar

**Material:** Steel

**Approximate Dimensions:** 1.875" x 3.5"

**Descriptions:** Firing control mechanism.





ATF FOIA Release: 2024-00467-000652

**Part Name:** Partially Complete Frame (Un-drilled)

**Material:** Polymer/Plastic

**Approximate Dimensions:** 7.625" x 4.5"

**Descriptions:** Frame-shaped, but unable to hold the firing/ trigger mechanism.



---

**Part Name:** Drilling Jig

**Material:** Plastic

**Approximate Dimensions:** 8.125" x 3.875"

**Descriptions:** Plastic box containing drill guides and used to complete a firearm receiver.





ATF FOIA Release: 2024-00467-000653

**Part Name:** Slide Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 6.125"/7.5" x 1.5

**Descriptions:** Contains a portion of firing mechanism and facilitates cartridge ejection.



---

**Part Name:** Recoil Spring Assembly

**Material:** Steel/Plastic

**Approximate Dimensions:** Model 33 (top): 2.375" long x .500" diameter/Model 21 (bottom): 3.25" long x .375" diameter

**Descriptions:** Absorbs recoil forces associated with ignition and forces a new cartridge to be loaded into the chamber.





ATF FOIA Release: 2024-00467-000654

# *M2 and .50 Caliber Rifle Variants*




---

**Part Name:** Extractor Switch

**Material:** Steel

**Approximate**

**Dimensions:** 4.75" x .625"

**Descriptions:** Guides cartridge ejection.





ATF FOIA Release: 2024-00467-000655

**Part Name:** Cartridge Stop Assembly

**Material:** Steel

**Approximate Dimensions:** 1.875" x 1.5"

**Descriptions:** Cartridge alignment.
(Right Hand Pictured)



---

**Part Name:** Trigger Bar

**Material:** Steel

**Approximate**
**Dimensions:** 8.125" Long x 0.750" High

**Descriptions:** Firing control.





ATF FOIA Release: 2024-00467-000656

**Part Name:** Adjusting Trigger Lever Stop

**Material:** Steel

**Approximate Dimensions:** 1" x .5"

**Descriptions:** Adjusts trigger depression depth.



---

**Part Name:** Receiver Assembly

**Material:** Steel

**Approximate Dimensions:** 25" x 6.25"

**Descriptions:** Main housing for firing control mechanisms, cartridge feed, and barrel attachment.





ATF FOIA Release: 2024-00467-000657

**Part Name:** Rear Sight Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 6" x 1.875"

**Descriptions:** Firearm aiming/sight.



---

**Part Name:** Adjustable Bolt Catch

**Material:** Steel

**Approximate**

**Dimensions:** 2.625" x 1.625"

**Descriptions:** Holds bolt assembly in place.





ATF FOIA Release: 2024-00467-000658

**Part Name:** Bolt Latch Rod

**Material:** Steel

**Approximate**

**Dimensions:** 5.5" x .5" (Diameter)

**Descriptions:** Part of mechanism to hold bolt carrier group in rearward position.



---

**Part Name:** Bolt Sub-Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 9" x 2"

**Descriptions:** Contains firing pin and cartridge feed mechanisms.





ATF FOIA Release: 2024-00467-000659

**Part Name:** Sear

**Material:** Steel

**Approximate Dimensions:** 1.625" x .625"

**Descriptions:** Firing control.



---

**Part Name:** Sear Slide

**Material:** Steel

**Approximate Dimensions:** 1.5" x .375"

**Descriptions:** Firing control.





ATF FOIA Release: 2024-00467-000660

**Part Name:** Firing Pin

**Material:** Steel/Metal

**Approximate**

**Dimensions:** 3.75" x .5"

**Descriptions:** Strikes cartridge to initiate ignition.



---

**Part Name:** Firing Pin Extension Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 4.625" x .5" (Diameter)

**Descriptions:** Contains and guides firing pin.





ATF FOIA Release: 2024-00467-000661

**Part Name:** Alternate Feed Knob

**Material:** Steel

**Approximate**

**Dimensions:** 1.75" x 1.375"

**Descriptions:** Articulated to allow for left- or right-hand belt feed. Attaches to bolt sub-assembly.



---

**Part Name:** Cover Sub-Assembly

**Material:** Steel **Approximate**

**Dimensions:** 12.75" x 3.5"

**Descriptions:** Covers bolt assembly.

Attaches to receiver top.





ATF FOIA Release: 2024-00467-000662

**Part Name:** Latch

**Material:** Steel

**Approximate Dimensions:** .875" x .625"

**Descriptions:** Ensures cover sub-assembly remains closed during operation.



---

**Part Name:** Belt Feed Pawl

**Material:** Steel

**Approximate Dimensions:** 4.625" x .5" (Diameter)

**Descriptions:** Aids in the feeding of linked ammunition.





ATF FOIA Release: 2024-00467-000663

**Part Name:** Belt Feed Arm

**Material:** Steel

**Approximate**

**Dimensions:** 2.5″ x 0.750″

**Descriptions:** Feeds ammunition belt into receiver.



---

**Part Name:** Barrel Buffer Body Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 7.25″ x 2″

**Descriptions:** Firing control.





ATF FOIA Release: 2024-00467-000664

**Part Name:** Back Plate Assembly

**Material:** Metal/Plastic

**Approximate**

**Dimensions:** 6.0" x 6.0"

**Descriptions:** Physical contact point. Contains handles and trigger mechanism.



---

**Part Name:** Bolt Latch Release

**Material:** Steel

**Approximate**

**Dimensions:** 2.5" x 2"

**Descriptions:** Releases bolt from catch.





ATF FOIA Release: 2024-00467-000665

**Part Name:** Barrel Support

**Material:** Steel

**Approximate**

**Dimensions:** 9.875" x 3.125" (Diameter)

**Descriptions:** Supports barrel and protects threaded connecting area.



---



ATF FOIA Release: 2024-00467-000666

## *M249 Squad Automatic Weapon (SAW)*



**M249, MK46, LMG-556**

---

**Part Name:** Barrel Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 19.5" x 4.125"

**Descriptions:** Includes barrel and handle.
Barrel guides projectile after ignition and supports gas regulator.





ATF FOIA Release: 2024-00467-000667

**Part Name:** Carry Handle

**Material:** Plastic/Metal

**Approximate**
**Dimensions:** 5.0" x 5.0"

**Descriptions:** Point of physical contact.



---

**Part Name:** Flash Suppressor

**Material:** Steel

**Approximate**
**Dimensions:** 2.125" x .875" (Diameter)

**Descriptions:** Reduces visible light from barrel after cartridge ignition.





ATF FOIA Release: 2024-00467-000668

**Part Name:** Front Sight Post

**Material:** Steel

**Approximate Dimensions:** .5″ x .25″

**Descriptions:** Firearm aiming.



---

**Part Name:** Heat Shield

**Material:** Steel/Metal

**Approximate Dimensions:** 10.125″ x 2.125″

**Descriptions:** Covers and prevents direct contact with barrel.





ATF FOIA Release: 2024-00467-000669

**Part Name:** Bipod Assembly

**Material:** Plastic/Metal

**Approximate Dimensions:** 12.375" x 10.5"

**Descriptions:** Provides stable point of contact for firearm aiming and operation.



---

**Part Name:** Gas Cylinder Assembly

**Material:** Steel

**Approximate Dimensions:** 10.375" x 1.25" (Diameter)

**Descriptions:** Routes ignition gases to cycle firearm.





ATF FOIA Release: 2024-00467-000670

**Part Name:** Return Rod and Transfer Mechanism

**Material:** Steel

**Approximate Dimensions:** 10.125" x 1"

**Descriptions:** Absorbs recoil from bolt and operating rod at the end of recoil movement.



---

**Part Name:** Charging Handle Assembly

**Material:** Steel

**Approximate Dimensions:** 3.875" x 1"

**Descriptions:** Moves bolt assembly to the rear position.





ATF FOIA Release: 2024-00467-000671

**Part Name:** Feed Tray

**Material:** Steel

**Approximate**
**Dimensions:** 3.5" x 2.75"

**Descriptions:** Guides linked ammunition into receiver body.



---

**Part Name:** Receiver Cover Assembly

**Material:** Steel

**Approximate**
**Dimensions:** 10.625" x 3"

**Descriptions:** Covers internal firing and feed mechanism. Positions cartridges for stripping, feeding, and chambering.





ATF FOIA Release: 2024-00467-000672

**Part Name:** Rear Sight Assembly

**Material:** Steel **Approximate**

**Dimensions:** 2.5″ x 1.125″

**Descriptions:** Firearm aiming.



---

**Part Name:** Cocking Channel Cover

**Material:** Steel

**Approximate**

**Dimensions:** 5.75″ x .875″

**Descriptions:** Prevents foreign objects from entering internal mechanisms.





ATF FOIA Release: 2024-00467-000673

**Part Name:** Headless Grooved Pin

**Material:** Plastic

**Approximate**

**Dimensions:** 6" x .125" (Diameter)

**Descriptions:** Holds ejection port cover in position.





ATF FOIA Release: 2024-00467-000674

**Part Name:** Auto Slide Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 4.25″ x 1.25″

**Descriptions:** Contains and guides firing pin.



---

**Part Name:** Trigger Group

**Material:** Steel

**Approximate**

**Dimensions:** 1.75″ x 2.375″

**Descriptions:** Initiates the ignition process when depressed.





ATF FOIA Release: 2024-00467-000675

**Part Name:** Handguard

**Material:** Plastic

**Approximate**

**Dimensions:** 7.625" x 3.25"

**Descriptions:** Prevents direct contact with barrel.



---

**Part Name:** Piston/Operating Rod

**Material:** Steel

**Approximate**

**Dimensions:** 13.875" x 1.875"

**Descriptions:** Holds bolt and slide assemblies, and houses the return spring.





ATF FOIA Release: 2024-00467-000676

*M203 Grenade Launcher*

**Part Name:** Barrel Assembly

**Material:** Metal/Plastic

**Approximate Dimensions:** 13.875" x 2.375" (Diameter)

**Descriptions:** Guides projectile out of chamber.



---

**Part Name:** Receiver Assembly

**Material:** Metal

**Approximate Dimensions:** 11.75" x 4.5"

**Descriptions:** Contains trigger and firing mechanism. Barrel attaches to the underside.





ATF FOIA Release: 2024-00467-000677

**Part Name:** Firing Pin

**Material:** Steel

**Approximate**
**Dimensions:** 1.75" x .5"

**Descriptions:** Strikes cartridge to initiate cartridge ignition.



---

**Part Name:** Trigger Group

**Material:** Steel

**Approximate**
**Dimensions:** 1.375" x 1.875"

**Descriptions:** Part of firing mechanism that strikes cartridge to ignite the cartridge primer.





ATF FOIA Release: 2024-00467-000678

**Part Name:** Leaf Sight Assembly

**Material:** Steel

**Approximate**

**Dimensions:** 3.875" x 3.5"

**Descriptions:** Secondary aiming device attached to primary firearm, usually an AR-15 variant.





ATF FOIA Release: 2024-00467-000679

## *Accessories*

**Part Name:** Silencer/Muffler

**Material:** Steel

**Approximate**
**Dimensions:** Varies 5” to 10” x 1.5” (Diameter)

**Descriptions:** Device for silencing, muffling, or diminishing the report of a portable firearm.



---

**Part Name:** Oil Filter Silencer/Solvent Trap

**Material:** Steel/Aluminum

**Approximate**
**Dimensions:** Varies

**Descriptions:** Attached to firearm with an adapter.





ATF FOIA Release: 2024-00467-000680

**Part Name:** Oil Filter Silencer Adapter

**Material:** Steel

**Approximate Dimensions:** Varies

**Descriptions:** Device used to attach oil or fuel filter to firearm barrel, in order to reduce the report of a firearm discharge.



---

**Part Name:** Carry Strap/Sling

**Material:** Plastic/Fabric

**Approximate Dimensions:** Varies

**Descriptions:** Allows for shoulder carry of a firearm.





ATF FOIA Release: 2024-00467-000681

**Part Name:** Bump Stock

**Material:** Plastic

**Approximate**

**Dimensions:** 10" x 7"

**Descriptions:** A device that allows a semi-automatic firearm to shoot more than one shot with a single pull of the trigger.





---

**Part Name:** Item Marketed as an Arm Brace

**Material:** Plastic

**Approximate**

**Dimensions:** 5" x 7"

**Descriptions:** Commonly used with AR pistol platforms.





ATF FOIA Release: 2024-00467-000682

**Part Name:** RPD Ammunition Drum Magazine

**Material:** Steel

**Approximate Dimensions:** 2.5" x 9" (Diameter)

**Descriptions:** Holds 7.62mm linked ammunition and attaches to the RPD rifle.



---

**Part Name:** M249/SAW Ammunition Drum

**Material:** Plastic/Cloth

**Approximate Dimensions:** 12" x 3"

**Descriptions:** Holds 5.56mm linked ammunition and attaches to the M249 variant rifles.





ATF FOIA Release: 2024-00467-000683

**Part Name:** D-60 Drum Magazine

**Material:** Plastic

**Approximate**
**Dimensions:** 6" x 9"

**Descriptions:** Holds 5.56mm non-linked ammunition and attaches to AR variant rifles.



**Part Name:** Drilling Jig

**Material:** Plastic

**Approximate**
**Dimensions:** 7.25" X 1.5" X 3.5"

**Descriptions:** Plastic box containing drill guides and used to complete a rifle firearm receiver.





ATF FOIA Release: 2024-00467-000684

**Part Name:** Invisi-Switch

**Material:** Plastic or Metal

**Approximate Dimensions:** 1" X .75"

**Descriptions:** Machinegun conversion device that resembles a manufactured slide cover plate and used to convert a Glock-type pistol from semi-automatic to automatic operation.



**Part Name:** Switch

**Material:** Plastic or Metal

**Approximate Dimensions:** 1.5" X 1" X .5"

**Descriptions:** Machinegun conversion device used to convert a Glock-type pistol from semi-automatic to automatic operation.





ATF FOIA Release: 2024-00467-000685

**Part Name:** Swift Link

**Material:** Plastic or Metal

**Approximate**
**Dimensions:** 1.75" X 1"

**Descriptions:** Machinegun conversion device used to convert an AR-15-type rifle from semi-automatic to automatic operation.



**Part Name:** Lightning Link

**Material:** Metal

**Approximate**
**Dimensions:** 3.5" X .5"

**Descriptions:** Machinegun conversion device used to convert an AR-15-type rifle from semi-automatic to automatic operation.





ATF FOIA Release: 2024-00467-000686

**Part Name:** Drop in Auto Sear (DIAS)

**Material:** Plastic or Metal

**Approximate**
**Dimensions:** 1.25" X .5" X .5"

**Descriptions:** Machinegun conversion device used to convert an AR-15-type rifle from semi-automatic to automatic operation.



**Part Name:** Forced Reset Trigger (FRT)

**Material:** Metal

**Approximate**
**Dimensions:** 2.5" X .5" X 3"

**Descriptions:** Drop in trigger device used to convert an AR-15-type rifle from semi-automatic to automatic operation.





ATF FOIA Release: 2024-00467-000687

**U.S. Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)**

---

**www.atf.gov**

OSIICID-23-162
**ATF-P 3800.1**
**Revised (June 2023)**

ATF FOIA Release: 2024-00467-000688