AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Arnulfo Reyes, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-CV-0073-AM |
| Daniel Defense, LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants EOTECH, LLC and Project Echo Holdings, LLC d/b/a American Holoptics.

Date: 12/27/2024

/s/Scott C. Allan
*Attorney's signature*

Scott C. Allan, No. 3910940
*Printed name and bar number*

Renzulli Law Firm, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
*Address*

sallan@renzullilaw.com
*E-mail address*

(914) 285-0700
*Telephone number*

(914) 285-1213
*FAX number*