IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| REYES, et al., <br><br> Plaintiffs <br><br> vs. <br><br> DANIEL DEFENSE, LLC, et al., <br><br> Defendants | Case No. 2:24-cv-00073-AM |

# PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY AND NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY

On June 18, 2025, Defendant filed a notice of supplemental authority. ECF No. 58. On the same day, Defendant filed a near identical notice in this matter's sister case. *See Rubio v. Daniel Defense, LLC*, No. 2:24-cv-00069-AM (June 18, 2025) (ECF No. 77). The *Rubio* Plaintiffs responded and provided additional authority for this Court to consider. *Rubio v. Daniel Defense, LLC*, No. 2:24-cv-00069-AM (July 2, 2025) (ECF No. 79). Plaintiffs in this cause incorporate by reference and rely on the arguments, authorities, and attached exhibits in the *Rubio* Plaintiffs response to Defendant's notice of supplemental authority.

Respectfully Submitted,

/s/ Jamal Alsaffar
JAMAL ALSAFFAR
  jalsaffar@nationaltriallaw.com
  Texas State Bar #24027193
TOM JACOB
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981

    LAURIE HIGGINBOTHAM
      lhigginbotham@nationaltriallaw.com
      Texas State Bar #50511759
    STEVEN HASPEL
      shaspel@nationaltriallaw.com
      Texas State Bar #24109983
    NATIONAL TRIAL LAW
    1114 Lost Creek Blvd, Ste. 410
    Austin, TX 78746
    (512) 476-4346 (o)
    (512) 467-4400 (f)

    Attorneys for all Plaintiffs except
      Salinas

    DAVID M. ANDERSON
      danderson@ccatriallaw.com
      Texas State Bar #24064815
      Federal I.D. 985644
    CARRIGAN & ANDERSON, P.L.L.C.
    101 N. Shoreline Blvd., Ste. 420
    Corpus Christi, TX 78401
    (361) 884-4433 (o)
    (361) 884-4434 (f)

    Attorneys for Plaintiffs Ruiz, Jimenez,
      Moreno, Reyes, Rubio, Torres, and
      Arriola

    GUY CHOATE
      gchoate@webbstokessparks.com
      Texas State Bar # 04212410
    CARLOS RODRIGUEZ
      crod@webbstokessparks.com
      Texas State Bar # 24041804
    WEBB, STOKES & SPARKS
    314 W. Harris Avenue
    San Angelo, TX 76903
    (325) 653-6886 (o)
    (325) 655-1250 (f)

    Attorneys for Plaintiff Garcia

/s/ Shreedhar R. Patel
SHREEDHAR R. PATEL
spatel@sgptrial.com
CHARLES E. SOECHTING, JR.
csoechting@sgptrial.com
Texas State Bar # 24044333
SHREEDHAR R. PATEL
spatel@sgptrial.com
Texas State Bar # 24074864
SIMON GREENSTONE PANATIER
901 Main, Suite 5900
Dallas, TX 75270
(214) 276-7680 (o)
(214) 276-7699 (f)

Attorney for Plaintiff Salinas